

| | | |
|---|---|---|
| *William Cafaro, Esq.*<br>*Partner*<br>ADMITTED IN NY, CA, MD & TX<br>Email: bcafaro@cafaroesq.com | **LAW OFFICES OF WILLIAM CAFARO**<br><br>108 West 39th Street, Suite 602<br>New York, New York 10018<br>Telephone: 212.583.7400<br>Facsimile: 212.583.7401<br>*www.cafaroesq.com* | *Louis M. Leon, Esq.*<br>*Associate*<br>ADMITTED IN NY<br>Email: lleon@cafaroesq.com |
| *Amit Kumar, Esq.*<br>*Managing Attorney*<br>ADMITTED IN NY & NJ<br>Email: akumar@cafaroesq.com | | *Matthew S. Blum, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY<br>Email: mblum@cafaroesq.com |
| *Andrew S. Buzin, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY, FL & DC | | |

January 29, 2024

**<u>Via ECF</u>**
Hon. John P. Cronan, U.S.D.J
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:  Chance v. Universal Protection Services, LLC
         Case No.: 23-cv-08492

Your Honor,

  This office represents the Plaintiff in the above referenced employment discrimination action. We write, jointly with the Defendant, to inform the Court that we've reached a settlement in principle. The Parties are diligently working on reducing their understanding of the settlement to writing and intend to file a stipulation of dismissal in due course. Given this, we request that all deadlines and conferences be adjourned, *sine die*.

  The Parties thank the Court for its courtesy in this regard.

                Respectfully Submitted,
                LAW OFFICE OF WILLIAM CAFARO

                _____
                By:  Amit Kumar, Esq.
                   *Attorneys for Plaintiff*

The Court has been advised that the parties have reached a settlement in principle resolving all issues in this case. In light of that information, the Court intends to issue an order dismissing this action without costs and without prejudice to restoring the action to the Court's calendar provided an application is made within thirty days, unless either party informs the Court within seven days of this Order that they prefer the Court not issue such a dismissal order.  Any pending motions are denied as moot and any conferences are adjourned *sine die*.

SO ORDERED.
Date: January 30, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge